# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| ROBERT PRIEST, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 3:09-0541 |
| | ) | Judge Trauger |
| DAVID SEAHORN, GARY CREECH, and | ) | Magistrate Judge Bryant |
| SANDY HALL, | ) | |
| | ) | |
| Defendants. | ) | |

## O R D E R

On November 3, 2009, the Magistrate Judge issued a Report and Recommendation (Docket No. 15), to which no timely objections have been filed. The Report and Recommendation is therefore **ACCEPTED** and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby **ORDERED** that this case is **DISMISSED** for failure to comply with court orders and for failure to prosecute.

It is so **ORDERED**.

ENTER this 23rd day of November 2009.

_____
ALETA A. TRAUGER
U.S. District Judge